Decision Per Curiam.

Town of Dunnellon, Plaintiff in Error. v. Commercial Bank, Defendant in Error.

(Supreme Court of Florida, En Banc., May 2, 1905.)

Writ of Error to Circuit Court, Marion county; William S. Bullock, Judge.

*Allred & Davis,* for Plaintiff in Error.

*W. K. Zewadski,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The writ of error is dismissed on praecipe of counsel for the plaintiff in error.